IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM R. CANADA, JR., | § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE), MICHAEL HALPERT (in his individual capacity), ROBERT MEYER (in his individual capacity), and DENISE McCASKILL (in her individual capacity), | § § § § § § § § | No. 3:17-cv-2465-S-BN |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 21, 2018, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants' Second Motion to Dismiss Plaintiff's Complaint [Dkt. No. 18] is GRANTED. Plaintiff William R. Canada, Jr.'s claims in his Amended and Restated Complaint [Dkt. No. 15] are DISMISSED WITH PREJUDICE.

SO ORDERED this 30th day of September, 2018.

_Karen Scholer_
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE